UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-2576

_____

IN RE: PETITION OF FRESCATI SHIPPING COMPANY, LTD., AS OWNER
OF THE M/T ATHOS I AND TSAKOS SHIPPING & TRADING, S.A.,
AS MANAGER OF THE ATHOS I FOR EXONERATION FROM
OR LIMITATION OF LIABILITY


_____

No. 11-2577

_____

UNITED STATES OF AMERICA,

Appellant

v.

CITGO ASPHALT REFINING COMPANY; CITGO PETROLEUM CORPORATION;
CITGO EAST COAST OIL CORPORATION


_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action Nos. 2-05-cv-00305 / 2-08-cv-02898)
Trial District Judge: Honorable John P. Fullam
District Judge: Honorable Joel H. Slomsky[*]

_____


Argued September 20, 2012

_____

[*] Judge Slomsky was assigned to this matter following the retirement of Judge Fullam,
who presided at trial and ruled on the merits.

Before: AMBRO, GREENAWAY, Jr., and O'MALLEY,[**] Circuit Judge

(Opinion filed May 16, 2013)

## **ORDER  AMENDING  PRECEDENTIAL  OPINION**

AMBRO, Circuit Judge

      IT IS NOW ORDERED that the published Opinion in the above case filed May 16, 2013, be amended as follows:

      On page 37, in the first full paragraph, last sentence, replace the name "Frescati" with the name "CARCO," so that the phrase reads:  "Because it appears that CARCO assured a safe berth …"

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: June 28, 2013
PDB/TMM/cc: All Counsel of Record

---

[**] Honorable Kathleen M. O'Malley, United States Court of Appeals for the Federal Circuit, sitting by designation.